RECEIVED
FEB 27 2008
RICHARD M. BERMAN
U.S.D.J.

# THE LAW OFFICES OF ELIZABETH JACKSON POPKIN
ATTORNEY AT LAW
7 WEST 96 STREET   1B
NEW YORK, N.Y. 10025

(212) 600-0721
(212) 600-0722 FACSIMILE          e-mail LIZJACKPOPLAW@AOL.COM

*MEMO ENDORSED*

February 22, 2008

The Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Ebron v. United States of America
    08 CV 144 (RMB)

08 CIV.144

Dear Judge Berman,

    I am requesting adjournment or extension of the above referenced matter to March 12, 2008, at 9:15 A.M. from February 19, 2008.

    I appeared at Court on Tuesday, February 19, 2008 at 9:15 but no one appeared from the United States Attorney's Office. I was told by the Courtroom Clerk that no U.S. Attorney's name showed on the docket. March 4 was suggested as a new date. Subsequently I learned that Tomoko Onozawa, Esq. had been assigned to the case but had not learned of her assignment until Tuesday afternoon. I have discussed the proposed date with your Courtroom Deputy Clerk and with Ms. Onozawa.

    I respectfully request confirmation of the March 12, 2008 date for the Ebron matter. Thank you.

Very truly yours,

Elizabeth Jackson Popkin

EJP/se
cc: . Tomoko Onozawa, Esq.
    United States Attorney's Office
    1 St. Andrew's Plaza
    New York, NY 10007

---

Handwritten endorsement:

3/4/08
Conference adjourned to 3/12/08 @ 9:00 AM

SO ORDERED:
Richard M. Berman  2/27/08
Richard M. Berman

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/08