






**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

February 29, 2008

**VIA HAND DELIVERY**

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 2-29-08

Re: Ebron v. United States of America
08 Civ. 144 (RMB)(AJP)

Dear Judge Berman:

This Office represents the United States of America (the "Government"), the defendant in the above-referenced civil action. I respectfully request that the Government's time to respond to Plaintiff's Complaint in this action be extended by 21 days – from March 10, 2008, to March 31, 2008. I further request that the initial conference, currently scheduled for March 12, 2008, at 9:15 a.m., be adjourned to April 2, 2008, or to an alternate date and time that is convenient for the Court and the parties. The purpose of this extension is to enable the Government to complete its investigation and to prepare its response to Plaintiff's allegations. This is the Government's first request for an extension of time to file its response to Plaintiff's Complaint. Plaintiff's counsel has consented to this request.

We thank the Court for its consideration of this request.

CONFERENCE ADJOURNED UNTIL 4/2/08 AT 9:15 A.M. (FINAL).

THE GOVERNMENT'S APPLICATION IS GRANTED ON CONSENT.

SO ORDERED:
Date: 2/29/08

Richard M. Berman, U.S.D.J.

Respectfully,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: [signature]
TOMOKO ONOZAWA
Assistant United States Attorney
Telephone: (212) 637-2721
Facsimile: (212) 637-2686

cc: Elizabeth Jackson Popkin, Esq. (via facsimile)
7 West 96th Street, 1B
New York, N.Y. 10025
Facsimile: (212) 600-0722
*Counsel for Plaintiff*