UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

    NICOLE EBRON
                Plaintiff(s),                   **Case Management Plan**

        - v -                                    08 CV. 0144  (RMB)

    UNITED STATES OF AMERICA
                Defendant(s).
------------------------------------------------------------X

    The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _____7/1/08_____

(ii)   Amend the pleadings by _____7/1/08_____

(iii)  All discovery to be expeditiously completed by __8/14/08 (FACT+Expert) RMB__

(iv)  Consent to Proceed before Magistrate Judge

(v)   Status of settlement discussions _____ 9/9/08 with principals @ 9:15AM
       unable to settle at this time

**Sections vi through xi will be set at conference with the Court.**

(vi)  Motions_____

(vii) Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)  Final Pre-Trial Conference_____

(x)   Trial_____

(xi)  Other_____

SO ORDERED: New York, New York
                      4/2/08

                                                  RMB
                                          Hon. Richard M. Berman, U.S.D.J.

4/2/08