UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/10/08

------------------------------------- x

NICOLE EBRON,

        Plaintiff,

    -against-

UNITED STATES OF AMERICA,

        Defendant.

------------------------------------- x

08 Civ. 0144 (RMB) (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for May 14, 2008 at 9:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:    New York, New York
           April 10, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Elizabeth Popkin, Esq.
                                 Tomoko Onozawa, Esq.
                                 Judge Richard M. Berman

C:\ORD\Order Scheduling Status Conference