**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 1370
NEW YORK, NEW YORK 10007-1312

CHAMBERS OF
ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE



5/14/08

May 14, 2008

# MEMORANDUM

TO:     Judge Richard M. Berman

FROM:   Magistrate Judge Andrew J. Peck

RE:     § 636(c) Consent Form -- 08 Civ. 0144, Nicole <u>Ebron</u> v. <u>United States of America</u>

Please sign the enclosed § 636(c) consent form if approved and forward to the Clerk's Office.

Andrew J. Peck

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Nicole Ebron
                Plaintiff(s),

- against -

U.S.
                Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

08 Civ. 144 (RMB) (AJP)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address 7 W 96 St 1S NY 10025
Telephone 212-600-0721

_____ Tomoko Onozawa
Attorney(s) for Defendant(s)
Address US Attorney's Office, SDNY
        86 Chambers St. 3F
Telephone NY NY 10007

_____
Attorney(s) for _____
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____ 5/14/08
            U.S.D.J.

Magistrate Judge Peck was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99