UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

NICOLE EBRON,                                    :

         Plaintiff,                              :        08 Civ. 0144 (AJP)

        -against-                                 :        **ORDER**

UNITED STATES OF AMERICA,                        :

        Defendant.                                 :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/2/08

**ANDREW J. PECK, United States Magistrate Judge:**

As discussed at today's conference, IT IS HEREBY ORDERED THAT:

1. The Joint Pretrial Order is due September 9, 2008.

2. Trial (non-jury) will commence on September 22, 2008 at 9:00 a.m., and continue on September 23, 2008 (and thereafter from day to day as may be necessary).

3. Counsel shall contact my chambers if there are any discovery disputes or to seek a settlement conference.

SO ORDERED.

Dated:   New York, New York
        July 2, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Elizabeth Popkin, Esq.
                              Tomoko Onozawa, Esq.

C:\OPIN\