MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  TOMOKO ONOZAWA
     SERRIN TURNER
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone:  (212) 637-2721 (Onozawa)
            (212) 637-2701 (Turner)
Facsimile:  (212) 637-2686
E-mail:  tomoko.onozawa@usdoj.gov
         serrin.turner@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
NICOLE EBRON,                                  :
                                               :
                        Plaintiff,             :
                                               :   ECF CASE
        -against-                              :
                                               :   08 Civ. 0144 (AJP)
UNITED STATES OF AMERICA,                      :
                                               :
                        Defendant.             :
                                               :
------------------------------------------------------------------ x

# NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of Defendant's Motion *in Limine* to Exclude Certain Evidence, dated September 9, 2008, and (2) the Declaration of Tomoko Onozawa, dated September 9, 2008, and the exhibits annexed thereto, defendant United States will move this Court, before the Honorable Andrew J. Peck, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order excluding from the trial in this matter the evidence described in the accompanying memorandum.

Dated: New York, New York
       September 9, 2008

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York
                                    *Attorney for Defendant*

By:    <u>/s/ Tomoko Onozawa</u>
        TOMOKO ONOZAWA
        SERRIN TURNER
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone:  (212) 637-2721 (Onozawa)
                            (212) 637-2701 (Turner)
        Facsimile:    (212) 637-2686
        E-mail:  tomoko.onozawa@usdoj.gov
                    serrin.turner@usdoj.gov