UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NICOLE EBRON,                                    :
                                                 :
                     Plaintiff,                  :
                                                 :    ECF CASE
    -against-                                    :
                                                 :    08 Civ. 0144 (AJP)
UNITED STATES OF AMERICA,                        :
                                                 :
                     Defendant.                  :
                                                 :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, TOMOKO ONOZAWA, Assistant United States Attorney for the Southern District of New York, hereby certify that on September 9, 2008, I caused a copy of the foregoing (1) Defendant's Notice of Motion *In Limine* to Exclude Certain Evidence; (2) Memorandum of Law in Support of Defendant's Motion *In Limine* to Exclude Certain Evidence; (3) the Declaration of Tomoko Onozawa, dated September 9, 2008 and exhibits annexed thereto; (4) Defendant's Pre-Trial Memorandum; and (4) Defendant's Proposed Findings of Fact and Conclusions of Law; to be served, by ECF and Federal Express, on the following individuals:

        Eric Popkin, Esq.
        Popkin & Popkin, LLP
        209 West 97th Street, Suite 7C
        New York, NY 10025

Dated:  New York, New York
        September 9, 2008

                                            /s/ Tomoko Onozawa
                                            TOMOKO ONOZAWA